**BRYAN T. DAKE**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Bryan.Dake@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
OCT 18 2018
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARAYNE D. LITTLEBIRD, <br><br> Defendant. | CR-18-119-BLG-SPW <br><br> **INDICTMENT** <br><br> **THEFT WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES** <br> Title 18 U.S.C. §§ 2, 7, and 661 <br> (Count I) <br> (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) <br><br> **IDENTITY THEFT** <br> (Count II) <br> Title 18 U.S.C. §§ 2 and 1028(a)(7) <br> (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about June 29, 2018, near Fort Smith in Big Horn County, within the special territorial jurisdiction of the United States, that being Bighorn Canyon National Recreation Area, in the State and District of Montana, the defendant, LARAYNE D. LITTLEBIRD, did take and carry away, with the intent to steal and purloin, a 2012 Chevrolet Silverado with Wyoming license plates ending in 124, personal property of John Doe, of a value exceeding $1,000, and aided and abetted the same, in violation of 18 U.S.C. §§ 2, 7 and 661.

## COUNT II

On or about June 29, 2018, at Hardin in Big Horn County and Billings in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, LARAYNE D. LITTLEBIRD, did knowingly use, without lawful authority, in and affecting interstate or foreign commerce, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the name and signature of John Doe with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes theft within the special maritime and territorial jurisdiction of the United

States under 18 U.S.C. § 661, and aided and abetted the same, in violation 18 U.S.C. §§ 2 and 1028(a)(7).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

*/s/ Kurt G. Alme*
KURT G. ALME
United States Attorney

*/s/ Joseph E. Thaggard*
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

11/13/2018 @ 9 am
TJC-B145

Crim. Summons ✓
Warrant: _____
Bail: _____

3