IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUN - 3 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-119-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LARAYNE D. LITTLEBIRD, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for

Thursday, July 11, 2019 at 9:30 a.m., is **VACATED** and reset to commence on

**Thursday, July 18, 2019 at 3:30 p.m.** in the James F. Battin U.S. Courthouse,

Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this __3rd__ day of June, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1