

FILED

MAR 2 6 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARAYNE D. LITTLEBIRD,<br><br>Defendant. | CR 18-119-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, LARAYNE D. LITTLEBIRD is hereby released from the custody of the U.S. Marshals Service.

DATED this 26th day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1